1 | SOMACH, SIMMONS & DUNN
A Professional Corporation
2 | ROBERT L. LARSON (SBN 191705)
KANWARJIT S. DUA (SBN 214591)
3 | CASSIE AW-YANG (SBN 233697)
813 Sixth Street, Third Floor
4 | Sacramento, CA  95814
Telephone:  (916) 446-7979
5 | Facsimile:  (916) 446-8199

6 | Attorneys for Defendants
LAKE WILDWOOD ASSOCIATION,
7 | WILLIAM CHRISTOFFERSON,
WILLIAM HAUSHALTER

8

9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

12 | CALIFORNIA SPORTFISHING          )    Case No. 2:06-CV-01026-WBS-PAN (JFM)
PROTECTION ALLIANCE, a non-profit )
13 | corporation,                     )
                                    )
14 |        Plaintiff,               )    STIPULATION TO CONTINUE
                                    )    PRE-TRIAL SCHEDULING
15 |    vs.                          )    CONFERENCE DATES; AND ORDER
                                    )
16 | LAKE WILDWOOD ASSOCIATION, a     )    Judge: William B. Shubb
mutual benefit corporation, WILLIAM )
17 | CHRISTOFFERSON, an individual, and )
WILLIAM HAUSHALTER, an individual, )
18 |                                  )
       Defendants.                   )
19 | _____ )

20 |        WHEREAS, Plaintiff in the captioned matter filed its complaint on May 10, 2006;

21 |        WHEREAS, Defendants filed their responsive pleading by way of a motion to dismiss

22 | pursuant to Fed. R. Civ. Proc. 12(b)(6) on July 7, 2006;

23 |        WHEREAS, the hearing for Defendants' Rule 12(b)(6) motion is set for September 5,

24 | 2006;

25 |        WHEREAS, pursuant to the Court's Order Setting Status Pretrial Scheduling Conference

26 | dated May 11, 2006, the parties were to meet and confer and develop a proposed discovery plan

1

1  by July 21, 2006 and submit their joint status report to the Court by July 31, 2006 for their

2  Scheduling Conference set for August 14, 2006;

3       WHEREAS, due to Defendants' Rule 12(b)(6) motion, it is the interests of judicial

4  economy to continue the Scheduling Conference set for August 14, 2006;

5       WHEREAS, pursuant to Fed. R. Civ. Proc. 26(f), the parties are to confer and develop a

6  proposed discovery plan twenty-one (21) calendar days before the scheduling conference;

7       WHEREAS, pursuant to Local Rule 16-240, the parties are to submit a joint status report

8  fourteen (14) calendar days prior to the hearing date;

9       IT IS HEREBY STIPULATED AND AGREED by and between the parties through their

10  respective counsel, and subject to the approval of this Court that the Scheduling Conference

11  should be continued to October 10, 2006 at 9:00 a.m., the parties are to meet and confer and

12  develop a proposed discovery plan by September 19, 2006 and submit their joint status report to

13  the Court by September 26, 2006.

14  Dated:  August 4, 2006        SOMACH, SIMMONS & DUNN
                                 A Professional Corporation

15

16                                   By:    /s/ Kanwarjit S. Dua
                                          Kanwarjit S. Dua

17

18                                   Attorneys for Defendants
                                 LAKE WILDWOOD ASSOCIATION,
                                 WILLIAM CHRISTOFFERSON,

19                                   WILLIAM HAUSHALTER

20

21  Dated:  August 4, 2006        LAW OFFICES OF
                                 ANDREW L. PACKARD

22

23                                   By:    /s/ Andrew L. Packard
                                          Andrew L. Packard

24                                   Attorneys for Plaintiff California Sportfishing
                                 Protection Alliance

25

26  /////

1                                        <u>ORDER</u>

2          IT IS HEREBY ORDERED that:

3          1.  The August 14, 2006 scheduling conference is continued to October 10, 2006 at 9:00

4    a.m. before the undersigned in Courtroom No. 5; and

5          2.  The parties shall meet and confer and develop a proposed discovery plan by

6    September 19, 2006 and submit their joint status report to the Court by September 26, 2006.

7    Dated:  August 7, 2006

8

9    _____

10   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26